UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES L. COULTAUS,

                Plaintiff,                      19 **CIVIL** 7898 (NSR) (LMS)

      -v-                                          **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 14, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g); the Appeals council will affirm the favorable portion of the Administrative Law Judge's decision (which found the claimant disabled as of November 16, 2016) and will conduct further administrative proceedings with respect to the unfavorable portion of the Administrative Law Judge's decision (which denied the claimant's claim for the period beginning July 23, 2015 up to and including November 15, 2016).

**Dated:**  New York, New York
         May 15, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                        Clerk of Court
                                   **BY:**
                                                          _____
                                                           Deputy Clerk